Ignacio RIVERA–LIBRADO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 12–70722.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 14, 2013.*

Filed Aug. 16, 2013.

Ignacio Rivera–Librado, pro se.

Arthur Leonid Rabin, OIL, DOJ–U.S. Department of Justice, Washington, DC, ICE, Chief Counsel, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

### MEMORANDUM **

Ignacio Rivera–Librado, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider the BIA's prior order dismissing his appeal from an immigration judge's ("IJ") decision finding him removable and ineligible for relief. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005). We deny the petition for review.

The BIA was within its discretion in denying Rivera–Librado's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision affirming the IJ's finding that Rivera–Librado was removable and ineligible for relief. *See* 8 U.S.C. § 1229a(c)(6)(C); *Socop–Gonzalez v. INS,*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

272 F.3d 1176, 1180 n. 2 (9th Cir.2001) (en banc).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.